**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| RICHARD W. CAREY, Derivatively and on Behalf of ALMOST FAMILY, INC., : : : | |
| Plaintiff, : | Case No. 3:11-cv-00163 |
| : | |
| v. : | |
| : | Honorable John G. Heyburn, II |
| WILLIAM B. YARMUTH, STEVEN B. BING, DONALD G. McCLINTON, TYREE G. WILBURN, JOHNATHAN D. GOLDBERG, W. EARL REED, III, AND HENRY M. ALTMAN, JR., : : : : : | |
| Defendants, : | |
| : | |
| and : | |
| : | |
| ALMOST FAMILY, INC., : | |
| : | |
| Nominal Defendant. : : | |

## STIPULATION AND AGREED ORDER FOR DISMISSAL

WHEREAS, plaintiff Richard W. Carey filed a shareholder derivative complaint on behalf of nominal defendant Almost Family, Inc. ("Almost Family" or the "Company") in the United States District Court for the Western District of Kentucky on March 16, 2011 (the "Federal Action");

WHEREAS, on August 25, 2011, this Court stayed the Federal Action in favor of the pending case in Jefferson Circuit Court, *In Re Almost Family, Inc. Shareholder Derivative Litigation* (Civil Action No. 10-CI-004892) (the "State Action");

WHEREAS, on November 23, 2011, this Court extended the stay of the Federal Action;

WHEREAS, on October 2, 2012, the Jefferson Circuit Court granted Defendants' Motion to Dismiss the State Action and dismissed the State Action with prejudice;

WHEREAS, on or about October 31, 2012, the State Action Plaintiffs Daniel Himmel and Jared White appealed the Jefferson Circuit Court's October 2, 2012 Order to the Kentucky Court of Appeals;

WHEREAS, while the appeal was pending, State Action co-Plaintiff Norman Cohen made demand upon the Company and asked the Board of Directors to file suit based on the same allegations that were the subject of the complaint filed in Jefferson Circuit Court and the complaint filed in this action;

WHEREAS, Almost Family's Board of Directors referred Plaintiff Cohen's demand to a Special Litigation Committee for response;

WHEREAS, on March 11, 2014, the Kentucky Court of Appeals, on its own motion, abated the appeal, instructing the parties to file a motion to redocket the case after Almost Family's Board of Directors responds to Plaintiff Cohen's demand via the Special Litigation Committee or otherwise;

WHEREAS, the Special Litigation Committee completed its report and presented its findings to Almost Family's Board of Directors on June 25, 2014, in which the Special Litigation Committee concluded that it would not be in the best interest of the Company or its shareholders to pursue the claims raised in the shareholder demand;

WHEREAS, the parties in the Kentucky Court of Appeals Action jointly moved the Court of Appeals to dismiss the appeal, which was granted on September 15, 2014;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the Federal Action be dismissed without prejudice, except that the action shall be dismissed with prejudice with respect to plaintiff Richard W. Carey. Each party shall bear his or its own costs.

THE COURT FINDS that no shareholder notice is required under the circumstances of this case

Dated: October 31, 2014       **KAHN SWICK & FOTI, LLC**

By: *s/ Melinda A. Nicholson*
Lewis S. Kahn (admitted *pro hac vice*)
*lewis.kahn@ksfcounsel.com*
Melinda A. Nicholson (admitted *pro hac vice*)
*melinda.nicholson@ksfcounsel.com*
206 Covington Street
Madisonville, Louisiana 70477
Telephone: (504) 455-1400
Fax: (504) 455-1498

**MILLER & FALKER**
Charles W. Miller
*cmiller@millerfalknerlaw.com*
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, Kentucky 40202
Telephone: (502) 583-2300
Fax: (502) 583-2323

*Attorneys for Plaintiff Richard W. Carey*

**-and-**

3

**WYATT, TARRANT & COMBS, LLP**

By: *s/ Michelle D. Wyrick*
K. Gregory Haynes
*ghaynes@wyattfirm.com*
Michelle D. Wyrick
*michellewyrick@wyattfirm.com*
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone: (502) 562-7363
Fax:  (502) 589-0309

*Attorney for Defendants Steven B. Bing, Donald G. McClinton, Tyree G. Wilburn, Jonathon D. Goldberg, W. Earl Reed, III, Henry Altman, Jr. and Nominal Defendant Almost Family, Inc.*

**-and-**

**WILMER CUTLER PICKERING HALE AND DOOR LLP**

By: *s/ Bruce E. Coolidge*
Bruce E. Coolidge
*bruce.coolidge@wilmerhale.com*
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6376
Fax:  (202) 663-6363

*Attorney for Defendants William B. Yarmuth and C. Steven Guenthner*

**IT IS SO ORDERED.**

Louisville, Kentucky, this ____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE